## SUSAN MARANDINO *v.* PROMETHEUS PHARMACY ET AL.

The plaintiff's cross petition for certification for appeal from the Appellate Court, 105 Conn. App. 669 (AC 28146), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the workers' compensation commissioner improperly relied on the report by Vincent Santoro, an orthopedic surgeon?"

The Supreme Court docket number is SC 18135X01.

*Angelo P. Sevarino,* in support of the cross petition.

Decided April 2, 2008

## IN RE SHANAIRA C.

The petition by the intervenor for certification for appeal from the Appellate Court, 105 Conn. App. 713 (AC 28419), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment revoking the commitment of Shanaira C. to the commissioner of children and families and granting sole custody to the mother?"

The Supreme Court docket number is SC 18136.

*Roseann Canny,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided April 2, 2008